OPINION — AG — ** TEACHER TENURE ** A TEACHER WHOSE PRESENT SERVICE WITH A SCHOOL DISTRICT IS BASED ON LESS THAN THREE YEARS OF UNINTERRUPTED SERVICE DOES 'NOT' HAVE TENURE, AND PRIOR SERVICE WITH THE DISTRICT, NOT IN CONSECUTIVE YEARS WITH HIS PRESENT SERVICE MAY 'NOT' BE CREDITED TOWARD THE PROBATIONARY PERIOD REQUIREMENT. (SCHOOLS, TENURE, CERTIFICATION, PROPER NOTICE, EMPLOYMENT, DEFINITION) CITE: OPINION NO. 73-135, 70 O.S. 6-122 [70-6-122] (JOE C. LOCKHART)